# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC., a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BE WICKED, INC., a California Corporation,<br><br>Defendant. | Case No.: 2:21-cv-06886-PA-AGR<br><u>Hon. Percy Anderson Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS THE ACTION WITHOUT PREJUDICE** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed without prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

IT IS SO ORDERED.

Dated: March 10, 2022          By: _____
                                    PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE